| CHARGE OF DISCRIMINATION | CHARGE NUMBER |
|---|---|
| Equal Employment Opportunity Commission | 440-2018-06247 |

| NAME: Carmen Vidal-Hallett | HOME TELEPHONE: c/o attorney |
|---|---|
| ADDRESS: | BIRTH DATE: |

**The employer who discriminated against me:**

| NAME: School of the Art Institute of Chicago | # OF EMPLOYEES: 15+ | PHONE: |
|---|---|---|
| ADDRESS: 36 S. Wabash Avenue, Chicago, IL 60603 | | COUNTY: Cook |

**Cause of discrimination:**

| RACE: | RELIGION: | NATIONAL ORIGIN: X | DATE DISCRIMINATION TOOK PLACE: April 26, 2018 |
|---|---|---|---|
| SEX: | AGE: | HANDICAP OR DISABILITY: | |
| RETALIATION: X | OTHER: | | CONTINUING ACTION: Yes |

**The particulars are:**

I was discriminated against on the basis of national origin, as follows:

1. I was born and raised in Brazil and Spain, and moved to the United States 27 years ago. I am perceived as Hispanic. I am an architect.
2. I was hired by the School of the Art Institute of Chicago on March 17, 2015 as a Project Manager.
3. In Nov. 2017 I began reporting to a new supervisor.
4. On March 14, 2018 I was placed on a 60-day performance improvement plan. My supervisor alleged in part that my English proficiency was a problem. I have been in this country almost 30 years and while I may have an accent, I have worked, written, and done presentations in English throughout my career. English proficiency has never been an issue in any professional setting.
5. I performed my job at or above my employer's reasonable expectations at all times.
6. On April 26, 2018 I was constructively discharged.
7. I was replaced by a native English speaker.
8. If I was a native English speaker, I would not have been terminated.
9. As a result of my employer's actions, I suffered damages.

RECEIVED EEOC

JUN 2 6 2018

CHICAGO DISTRICT OFFICE

I was retaliated against for protected activity, as follows:

10. I incorporate and reallege paragraphs 1 through 8 above.
11. On March 26, 2018, after my supervisor made discriminatory comments about my English proficiency, I told her that her views discriminated against me because I was Hispanic.
12. I also went to many of my colleagues and asked them for evaluations and letters to support my understanding that I had been doing an excellent job. I received several letters in support.
13. My supervisor found out that I had been asking co-workers for letters of recommendation, and she told me that I was not allowed to talk to my co-workers about this issue.
14. On April 26, 2018, I was constructively discharged.
15. Shortly thereafter I was locked out of my employer's email system, and my employer remotely deleted all of the positive evaluations and letters of support that I had received from my co-workers, from my personal external hard drive.

16. My termination and the subsequent destruction of documents which had been stored on my personal hard drive were in retaliation for telling my supervisor that I believed she was discriminating against me for being Hispanic.

17. As a result of my employer's retaliatory actions, I suffered damages.

I swear and affirm that I have read this charge and that it is true to the best of my knowledge, information, and belief.

X _____     06/22/18
Carmen Vidal-Hallett                          Date